# ELECTRONIC RECORD

**800-15**
**801-15**

COA #   02-14-00176-CR          OFFENSE:   22.02

STYLE: Quinn Ford, Jr. v. The State of Texas          COUNTY:   Tarrant

COA DISPOSITION:   AFFIRM          TRIAL COURT:   297th District Court

DATE: 05/28/15          Publish: NO   TC CASE #:   1267457D

# IN THE COURT OF CRIMINAL APPEALS

**800-15**
**801-15**

STYLE:   Quinn Ford, Jr. v. The State of Texas          CCA #:

_____ *APPELLANT'S* _____ Petition          CCA Disposition:

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:

_____ *REFUSED* _____          JUDGE:

DATE: 09/16/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD